**NONPRECEDENTIAL DISPOSITION**
To be cited only in accordance with Fed. R. App. P. 32.1

# United States Court of Appeals

### For the Seventh Circuit
### Chicago, Illinois 60604
Submitted October 4, 2017*
Decided October 6, 2017

Before

FRANK H. EASTERBROOK, *Circuit Judge*

MICHAEL S. KANNE, *Circuit Judge*

ANN CLAIRE WILLIAMS, *Circuit Judge*

| | |
|---|---|
| No. 17-3044 | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. |
| ANDREW I. PHILIPSBORN, as TRUSTEE on behalf of the THOMAS D. PHILIPSBORN IRREVOCABLE INSURANCE TRUST dated July 10, 2005, *et al.*, | |
|    *Plaintiffs-Appellees,* | No. 11 C 3274 |
|       *v.* | Harry D. Leinenweber, *Judge.* |
| AVON CAPITAL, *et al.*, | |
|    *Defendants-Appellees,* | |
| APPEAL OF: TPG GROUP, INC., | |
|    *Claimant.* | |

## Order

This case is remanded for further proceedings in light of *Thomas D. Philipsborn Irrevocable Insurance Trust v. Avon Capital, LLC*, No. 15-3368 (7th Cir. Oct. 5, 2017) (nonprecedential disposition).

---

* This successive appeal has been submitted to the original panel under Operating Procedure 6(b).